Estate of Jacob W. Seitzinger, Deceased. Appeal of Pennsylvania Trust Company, Trustee of Mary Agnes Boardman.

*Will—Trust and trustees.*

Argued March 5, 1895. Appeal, No. 23, Jan. T., 1895, by Pennsylvania Trust Company, trustee, from decree of O. C. Berks Co., overruling exceptions to adjudication. Before WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Exceptions to adjudication.
The facts appear in Illig's Appeal, supra.

*Philip S. Zieber* and *Baer & Snyder,* for appellant.

OPINION BY MR. JUSTICE DEAN, October 7, 1895:

The appeals of Illig and Brother, and James K. Getz, trustee, and others, from the same decree in which opinions are herewith filed, rule this case.

The decree is affirmed and appeal dismissed at costs of appel lant.